UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **TRACIE HANNAH, CHERYL ROBINSON** and **RYAN WILLIAMS,**<br><br>                  Plaintiffs,<br><br>     vs.<br><br>**CITY OF DETROIT,**<br><br>                  Defendant. | **19-CV-12600-TGB-SDD**<br><br><br>**JUDGMENT** |

In accordance with the opinion and order issued on this date;

It is **ORDERED AND ADJUDGED** that the case be **DISMISSED** with prejudice.

Dated at Detroit, Michigan:  March 21, 2022

KINIKIA ESSEX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE